UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSG LAS TUNAS, LP, a California Limited Partnership<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; and DOES 1-50, inclusive<br><br>Defendants. | Case No.: 2:23-cv-06011-KK-MAR<br>Hon. Judge Kenly Kiya Kato<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL** |

IT IS HEREBY ORDERED the above-captioned action is dismissed with prejudice, pursuant to the Joint Stipulation of Dismissal filed by plaintiff LSG Las Tunas LP and defendant Westchester Surplus Lines Insurance Company.

**IT IS SO ORDERED.**

Dated: September 8, 2024    By: _____
HON. KENLY K. KATO
UNITED STATES COURT DISTRICT JUDGE

LEGAL\72636172\1